Motion to enlarge the record on appeal herein granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN RODRIGUEZ, Appellant.

Submitted December 7, 2009; decided February 23, 2010

Motion to enlarge the record on appeal herein granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY TAYLOR, Appellant.

Submitted January 25, 2010; decided February 23, 2010

Motion to strike portions of appellant's brief denied.

In the Matter of IGNACIO REYNOSO, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Decided February 23, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

In the Matter of RICHELIS S., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RICHARD S., Appellant.

Submitted February 1, 2010; decided February 23, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]). Motion for a stay dismissed as academic. Motion for poor person relief dismissed as academic.